

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806         www.pryorcashman.com

**Jeffrey L. Snow**

Direct Tel: 212-326-0425
Direct Fax: 212-326-0806
JSnow@PRYORCASHMAN.com

May 2, 2023

**VIA ECF**
Hon. Michael A. Hammer, United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Tristar Products, Inc. v. National Express, Inc.,* 2:13-cv-07752-EP-MAH;
*Ragner Tech. Corp. v. Telebrands Corp.,* 2:15-cv-08185-EP-MAH;
*Telebrands Corp. v. Ragner Tech. Corp.,* 2:15-cv-03163-EP-MAH;
*Telebrands Corp. v. Ragner Tech. Corp.,* 2:16-cv-03594-EP-MAH; and
*Telebrands Corp. v. Ragner Tech. Corp.,* 2:16-cv-03474-EP-MAH

Dear Judge Hammer,

We represent Telebrands Corp. in the above-identified Consolidated Actions.

Per Ms. Vanderstreet's email to the Court dated May 2, 2023, Judge Linares will not proceed as the mediator due to a conflict of interest.

The parties have been working under Your Honor's March 9, 2023 Order referring the Consolidated Actions to Judge Linares for mediation. Since it is not possible for the parties to comply with the Order to complete mediation before Judge Linares by May 31, 2023, we request that Your Honor schedule a conference with the parties to discuss how the litigation should proceed going forward.

We note that Your Honor currently has a telephonic status conference scheduled for June 8, 2023, at 10:00 a.m. We suggest that Your Honor address this matter with this parties during the scheduled status conference or reschedule the conference to an earlier date.

We appreciate the Court's attention to this matter.

Respectfully submitted,

PRYOR CASHMAN LLP
*Counsel for Telebrands Corp.*

s/Jeffrey L. Snow
Jeffrey L. Snow

cc: All counsel of record (via ECF)